IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY PODELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LLOYD J. AUSTIN III, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 22-3505 |

### ORDER

**AND NOW**, this 31st day of May 2023, upon consideration of Plaintiff's Unopposed Motion to Extend Briefing Date to Monday, August 21, 2023 (Doc. No. 38), it is **ORDERED** that the request to extend the briefing schedule in which to file supplemental memoranda in support of or in opposition to Defendants' Motion to Transfer Venue and Partial Motion to Dismiss (Doc. No. 22) is **GRANTED IN PART** and **DENIED IN PART.** The request to extend the briefing schedule is **GRANTED.** Plaintiff's request that the date for filing the supplemental memorandum be August 21, 2023 is **DENIED.** It is **ORDERED** that the parties shall file supplemental memoranda in support of or in opposition to Defendants' Motion to Transfer Venue and Partial Motion to Dismiss (Doc. No. 22) by **July 21, 2023.**

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/Joel H. Slomsky, J.
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.