IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY PODELL, <br><br> Plaintiff, <br><br> v. <br><br> LLOYD J. AUSTIN III, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 22-cv-3505 |

### ORDER

**AND NOW**, this 31st day of July 2023, upon consideration of Defendants' Motion to Transfer Venue (Doc. No. 22), Plaintiff's Response (Doc. No. 25), Defendants' Reply (Doc. No. 27), and the parties' supplemental memoranda (Doc. Nos. 40-41), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Transfer Venue (Doc. No. 22) is **GRANTED**. The Clerk of Court shall transfer this case to the Eastern District of Virginia.

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.